# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| AMERICAN BODY CARE, | : No. 708 MAL 2016 |
| Petitioner | : |
| | : Petition for Allowance of Appeal from |
| | : the Order of the Commonwealth Court |
| v. | : |
| WORKERS' COMPENSATION APPEAL BOARD (KMART CORPORATION AND SEDGWICK MANAGEMENT SERVICES), | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.